# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **JUDGMENT** |
| | **on a Motion pursuant to** |
| Plaintiff, | **28 U.S.C. § 2255** |
| | |
| v. | Case No.: 08-cr-25-01-bbc |
| | 09-cv-65-bbc |
| **RAYMOND HUNT,** | |
| Defendant. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Defendant's motion for post-conviction relief pursuant to 28 U.S.C. § 2255 is DENIED.


PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ S. Vogel
_____
**by Deputy Clerk**

2/10/09
_____
Date